# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:21-CR-00124　　　Recorder: CS 07/09/2021　　　Date: 07/09/2021

Present: The Honorable Alexander F. MacKinnon, U.S. Magistrate Judge

Court Clerk: Ilene Bernal　　　　　　　　Assistant U.S. Attorney: Kyle Kahan by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| CHRISTOPHER JOHN BADSEY<br>　　BOND-PRESENT BY VTC | MICHAEL L. BROWN, II<br>　DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Josephine L. Staton.
It is ordered that the following date(s) and time(s) are set:
　　Jury Trial 8/31/2021 at 9:00 AM
Status Conference 8/20/2021 at 8:30 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the court's website, Judges' Procedures and Schedules.

　　　　　　　　　　　　　　　　　　First Appearance/Appointment of Counsel: 00 : 00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PIA: 00 : 05
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: IB by TRB