UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SA21CR00124-JLS-1 | Date | July 19, 2024 |
|---|---|---|---|

| Present: The Honorable | Josephine L. Staton, United States District Judge |
|---|---|
| Interpreter | Not Applicable |

| Charles A. Rojas | Miranda Algorri | Melissa Rabbani |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christopher John Badsey | | X | X | Patrick McLaughlin | | X | X |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING SENTENCING HEARING**

The case is called. Counsel make their appearances. The Court and counsel confer. For reasons stated on the record, the Sentencing Hearing is continued to August 23, 2024 at 9:30 AM.

cc: USPO

|  | : | .18 |
|---|---|---|
| | Initials of Deputy Clerk | cr |