UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SA21CR00124-JLS-1 | Date | July 19, 2024 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Charles A. Rojas | Miranda Algorri | Melissa Rabbani |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christopher John Badsey | X | X | | Patrick McLaughlin, CJA | X | X | |

**PROCEEDINGS:**  SENTENCING HEARING

    The matter is called and counsel state their appearances. The Court and counsel confer. Fore reasons stated on the record, the Sentencing hearing is continued to August 23, 2024, at 9:30 AM. There will be no more continuances.

                                                                                                                                               :   .18

Initials of Deputy Clerk   cr